**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| L.M.L. AND K.G.S., on behalf of themselves and all those similarly situated,<br><br>    *Plaintiffs,*<br><br>V.<br><br>FREEMAN F. MARTIN, in his official capacity as Director of the Texas Department of Public Safety,<br><br>    *Defendant.* | CIVIL CASE NO. 1:26-CV-1170 |

### DEFENDANT MARTIN'S NOTICE OF INTERLOCUTORY APPEAL

PLEASE TAKE NOTICE that Defendant Freeman F. Martin, in his official capacity as Director of the Texas Department of Public Safety, hereby files his Notice of Interlocutory Appeal to the United States Court of Appeals for the Fifth Circuit, pursuant to 28 U. S. C. § 1292(a), from the Order of the District Court in the above-referenced action dated May 14, 2026 (ECF No. 55), denying Defendants' Priority Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 25); Granting Plaintiffs' Motion for Preliminary Injunction (ECF No. 3); Granting in part Plaintiffs' Motion to Certify Class (ECF No. 5); Denying as Moot Defendant's Motion to Continue Hearing on Class Certification (ECF No. 30); and Denying Defendants' Motions to Strike (ECF Nos. 16, 47).

Date: May 18, 2026

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division
Texas Bar No. 24060998

Respectfully submitted.

DAVID BRYANT
Senior Special Counsel
Texas Bar No. 03281500

ALEXIA BAKER
Assistant Attorney General
Texas Bar No. 24149596

OFFICE OF THE ATTORNEY GENERAL OF
TEXAS
SPECIAL LITIGATION DIVISION
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100

COUNSEL FOR DEFENDANT FREEMAN F.
MARTIN, IN HIS OFFICIAL CAPACITY AS
DIRECTOR OF THE TEXAS DEPARTMENT OF
PUBLIC SAFETY

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 18, 2026 and that all counsel of record were served by CM/ECF.

/s/ *David Bryant*
DAVID BRYANT

2