# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 29, 2026

Lyle W. Cayce
Clerk

————————

No. 26-50418

————————

L. M. L., *on behalf of themselves and all those similarly situated*; K. G. S., *on behalf of themselves and all those similarly situated*,

*Plaintiffs—Appellees*,

*versus*

Freeman F. Martin, *in his official capacity as Director of the State of Texas Department of Public Safety*,

*Defendant—Appellant.*

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:26-CV-1170

———————————————————————

UNPUBLISHED ORDER

Before Southwick, Duncan, and Engelhardt, *Circuit Judges.*

Per Curiam:

IT IS ORDERED that Appellant's opposed motion for stay of the injunction pending appeal is GRANTED.[1]

---

[1] Southwick, J., would DENY the motion.