**No. 26-50418 cons. with No. 26-50469**

# In the United States Court of Appeals for the Fifth Circuit

L.M.L. and K.G.S., on behalf of themselves and all those similarly situated,
*Plaintiffs-Appellees*,

*v.*

Freeman F. Martin, in his official capacity as Director of the State of Texas Department of Public Safety,
*Defendant–Appellant*.

On Appeal from the United States District Court
for the Western District of Texas, Austin Division

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1700

William R. Peterson
Solicitor General

Daniel M. Ortner
Assistant Solicitor General
Daniel.Ortner@oag.texas.gov

D. Bowie Duncan
Assistant Solicitor General

*Counsel for Defendant–Appellant*

Pursuant to Federal Rule of Appellate Procedure 26(b), Appellant, Director Freeman F. Martin, respectfully requests a 10-day extension of time to file his reply brief. In support thereof, Director Martin respectfully shows the Court as follows:

**1.** Director Martin's reply brief is currently due on December 7, 2026. Director Martin seeks a 10 day-extension of time, to and including December 17, 2026, in which to file that brief. This is Director Martin's first request for an extension of time for this brief, and it is unopposed.

**2.** This motion is supported by good cause and is not sought for purposes of delay. Rather, attorneys for Director Martin have had and will continue to have briefing and argument obligations that have required or will require significant time and attention. These matters include:

- A response to a petition for review in *State v Broadmoor Austin Associates*, No. 26-0367, filed in the Supreme Court of Texas on November 18, 2026.
- Preparation for oral argument in *Navarro v. Gomez*, No. 26-50012, before this Court on December 2, 2026.
- A response brief in *Texas Precious Metal, LLC v. Huffines*, No. 26-50543, due in this Court on December 14, 2026.
- A response to a petition for review in *8317 Cross Park LLC v. State*, No. 26-0887, due in the Supreme Court of Texas on December 16, 2026.
- An opening brief in *O'Donnell v. Goodhart*, No. 26-20595, due in this Court on December 21, 2026.

**4.** Part of the existing briefing schedule also takes place during the Thanksgiving holiday, and the additional time will ensure that the briefing schedule does not interfere with holiday and travel plans.

**5.** The extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this unopposed request for an extension of time is granted.

## Conclusion

For the foregoing reasons, Director Martin respectfully requests that the Court grant this unopposed motion for an extension of time to file his reply brief, making a new due date of December 17, 2026.

Respectfully submitted.

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1700

William R. Peterson
Solicitor General

/s/ Daniel M. Ortner
Daniel M. Ortner
Assistant Solicitor General

D. Bowie Duncan
Assistant Solicitor General

*Counsel for Defendant–Appellant*

## Certificate of Conference

On November 24, 2026, counsel for Director Martin conferred by email with counsel for Plaintiffs-Appellees regarding their position on this motion. Plaintiffs-Appellees do not oppose the request.

/s/ Daniel M. Ortner
DANIEL M. ORTNER

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 40(d)(3)(A) because it contains 335 words, excluding the parts of the brief exempted by Rule 32(f); and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Daniel M. Ortner
Daniel M. Ortner